ABRAHAM A. BRILL, PLAINTIFF-RESPONDENT, v. EASTERN NEW JERSEY POWER COMPANY, A CORPORATION, DEFENDANT-APPELLANT.

Submitted May 26, 1933—Decided September 27, 1933.

226

For the appellant, *Applegate, Stevens, Foster & Reussille* (*Lester C. Leonard,* of counsel).

For the respondent, *Bilder, Bilder & Kaufman* (*Walter J. Bilder,* of counsel).

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court by Circuit Court Judge Lawrence, to whom this case was referred.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 15.

*For reversal*—None.